VOORHEES et al., Respondents, v. UNGER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by John H. Voorhees and others against Harry Unger and others. No opinion. Motion granted, without costs. See, also, 142 App. Div. 543, 127 N. Y. Supp. 11.

In re WALKER. (Supreme Court, Appellate Division, First Department. November 24, 1911.) In the matter of Albert E. Walker. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WALLACH et al. v. PAUWELS et al. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Isabel R. Wallach and others against Robert P. Pauwels and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 130 N. Y. Supp. 1133.

In re WALSH, Deputy Comptroller. (Supreme Court, Appellate Division, First Department. November 24, 1911.) In the matter of M. J. Walsh, as Deputy Comptroller, etc. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WALSH, Appellant, v. BROOKLYN UNION ELEVATED R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by John G. Walsh against the Brooklyn Union Elevated Railroad Company. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

In re WALTON AVE. In re DIMELOW. (Supreme Court, Appellate Division, First Department. October 27, 1911.) In the matter of Walton Avenue. In the matter of James A. Dimelow. No opinion. Motion granted. Question to be certified on settlement of order. Settle order on notice. See, also, 128 N. Y. Supp. 1121.

WARD, Respondent, v. TRUST CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, First Department. November 17, 1911.) Action by Charles M. R. Ward against the Trust Company of America. M. W. Littleton, for appellant. T. Thacher, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

WARDENBURG et al., Respondents, v. HONES, Appellant. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) Action by Anna M. Wardenburg and George J. Wardenburg, as trustees, etc., against Julius Hones. No opinion. Judgment of the Municipal Court affirmed, with costs.

WARNER et al., Respondents, v. NELSON, Appellant. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Charles B. Warner and another against John A. Nelson. T. W. Churchill, for appellant. Cass & Apfel, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WARRIN v. HAVERTY. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Marshall A. Warrin against Catherine Haverty. No opinion. Application granted. Order signed.

WATSON, Respondent, v. PARCE, Appellant. (Supreme Court, Appellate Division, First Department. November 17, 1911.) Action by James S. Watson against Walter A. Parce. W. E. Kisselburgh, for appellant. C. Goldzier, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

WATTS, Respondent, v. HEWLETT BAY CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by William J. Watts against the Hewlett Bay Company and another. No opinion. Motion denied, on condition that the appellant pay $10 costs within ten days, perfect its appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

WEAVER, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Jane Weaver against the City of New York.
PER CURIAM. Judgment and order affirmed, with costs.
JENKS, P. J., dissents.

WEINBERG, Respondent, v. WOODWARD, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Cora L. Weinberg against Peter H. Woodward as chairman, etc. No opinion. Judgment (67 Misc. Rep. 283, 124 N. Y. Supp. 480) affirmed, with costs.

WELLNER, Respondent, v. POSTMAN, Appellant. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Joseph Wellner against Samuel Postman. A. J. Geist, for appellant. J. Bernstein, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WENDEL, Appellant, v. ROYAL INS. CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. November 3, 1911.) Action by John G. Wendel against the Royal Insurance Company and others. E. S. Clinch, for appellant. E. D. Worcester, for